DENNIS S. WAKS, #142581
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GILBERT GASICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-05-0551 LKK |
| Plaintiff, | **ORDER AFTER STATUS CONFERENCE** |
| v. | |
| GILBERT GASICE, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This case came on for status hearing on January 24, 2006. Mr. Gasice was present with his attorney, Tim Zindel, and the government was present with two Assistant U.S. Attorneys, Dan Linhardt and Matthew Segal. It pledged to indict Mr. Gasice. Defense counsel requested a status hearing to follow the indictment. The court scheduled a further status or trial confirmation hearing for March 7, 2006, at 9:30 a.m. and ordered time excluded under the Speedy Trial Act under Local Code T4.

Dated: January 30, 2006          /s/ Lawrence K. Karlton
                                 HON. LAWRENCE K. KARLTON
                                 United States District Judge