DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GILBERT GASICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0551 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER STATUS CONFERENCE** |
| v. ) | |
| GILBERT GASICE, ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

   This case came on for status hearing and trial confirmation hearing on March 7, 2006. Mr. Gasice was present with his attorney, Tim Zindel, and the government was present with Assistant U.S. Attorney Matthew Segal. Defense counsel requested and the Court ordered a further status hearing April 11, 2006, at 9:30 a.m. and ordered Speedy Trial Act time excluded through that date under Local Code T4.

Dated: March 10, 2006               /s/ Lawrence K. Karlton
                                    HON. LAWRENCE K. KARLTON
                                    United States District Judge