MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S 05-551 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME AND |
| v. ) | SETTING RULE 12 MOTIONS |
| ) | DEADLINE |
| GILBERT GASICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The time beginning April 11, 2006 and extending through May 9, 2006 is ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, counsel needs additional time to evaluate subpoenaed materials consider potential pretrial motions. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the

//

//

//

1

1  public and the defendant in a speedy trial.  18 U.S.C. §
2  3161(h)(8)(A).
3       The Court further orders that the deadline for filing any
4  pretrial motions is May 9, 2006.  Fed. R. Crim. P. 12(c).

6  DATE: April 20, 2006
                                    /s/ Lawrence K. Karlton
7                                   HON. LAWRENCE K. KARLTON
                                    U.S. District Judge