MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S 05-551 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER EXCLUDING TIME AND SETTING RULE 12 MOTIONS DEADLINE |
| v. | ) | |
| GILBERT GASICE | ) | |
| Defendant. | ) | |

The parties stipulate and agree that an additional week's continuance is appropriate in this case and request that the time beginning May 9, 2006 and extending through May 16, 2006 be ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice will be served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, counsel needs additional time to evaluate subpoenaed materials consider potential pretrial motions. The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the

//

public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

The parties further request that the Court extend the deadline for filing any pretrial motions to May 16, 2006.  Fed. R. Crim. P. 12(c).

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATE: May 4, 2006              By:   /s/ Matt Segal
                                            MATTHEW D. SEGAL
                                            Assistant U.S. Attorney

DATE: May 4, 2006                    /s/ Tim Zindel
                                            TIMOTHY L. ZINDEL
                                            Counsel for Gilbert Gasice

**IT IS SO ORDERED**.

DATE: May 4, 2006                    /s/Lawrence K. Karlton
                                            HON. LAWRENCE K. KARLTON
                                            U.S. District Judge