1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

7  Attorney for Defendant
   GILBERT GASICE

8

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,      )  No. CR. S-05-0551 LKK
                                   )
14                  Plaintiff,     )
                                   )  **ORDER AFTER STATUS CONFERENCE**
15       v.                        )
                                   )
16  GILBERT GASICE,                )
                                   )
17                  Defendant.     )  Judge: Hon. Lawrence K. Karlton
                                   )
18  _____)

19

20        This case came on for status hearing on May 16, 2006.  Mr. Gasice

21  was present with his attorney, Tim Zindel, and the government was present

22  with Assistant U.S. Attorney Matthew Segal.

23        The Court arraigned Mr. Gasice on the second superseding indictment,

24  filed April 20, 2006.

25  /////

26  /////

27  /////

28  /////

1      At the request of both parties the Court scheduled jury trial for

2 October 24, 2006, and trial confirmation hearing on October 11, 2006, and

3 ordered time under the Speedy Trial Act excluded through the trial date.

4      IT IS SO ORDERED.

5

6 Dated:  June 8, 2006

7                              LAWRENCE K. KARLTON

8                              SENIOR JUDGE
UNITED STATES DISTRICT COURT