UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

**FILED**

AUG − 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

Gilbert Gasice

Docket No. CRS. 05-551-LKK

**COMES NOW** <u>Sandra D. Hall</u>, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Gilbert Gasice</u>, who was placed on bond by the Honorable <u>Kimberly J. Mueller</u>, sitting in the Court at <u>Sacramento, California</u>, on the <u>5th</u> day of <u>December</u>, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:1341-Mail Fraud (3 counts); 18:1343-Wire Fraud; 18:1001-False Statements within the Jurisdiction of a Federal Agency (2 counts)

**BOND CONDITIONS:** <u>Please see attached.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has not contacted Pretrial Services since July 1, 2006. His current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for the arrest of the defendant.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** None

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/Sandra D. Hall
Sandra D. Hall
Pretrial Services Officer
DATE: August 3, 2006

_____***ORDER***_____

__X__ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _No Bail Pending Hearing._

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

_____ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this _3rd_ day of _August_, _2006_, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 3/93

*SPECIAL CONDITIONS OF RELEASE*

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer; and

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer.