DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GILBERT GASICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GILBERT GASICE, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR. S-05-551 LKK <br><br> **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND SCHEDULING PRESENTENCE REPORT** <br><br> Date:  December 19, 2006 <br> Time:  9:30 a.m. <br> Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Gilbert Gasice, that the hearing on judgment and sentencing may be continued to March 13, 2007, at 9:30 a.m. The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

    (1) Draft report due                    January 30, 2007

    (2) Informal objections due        February 13, 2007

    (3) Final report due                    February 20, 2007

    (4) Formal objections due          March 6, 2007

    (5) Hearing on J & S                  March 13, 2007

/////

/////

1    This stipulation is intended to accommodate delays in the
2 preparation of the presentence report.

3

4                                       Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6

7 Dated:  December 14, 2006             /s/ T. Zindel
                                        TIMOTHY ZINDEL
8                                       Assistant Federal Defender
                                        Attorney for GILBERT GASICE
9

10                                      McGREGOR SCOTT
                                        United States Attorney
11

12 Dated:  December 14, 2006            /s/ T. Zindel for M. Segal
                                        MATTHEW SEGAL
13                                      Assistant U.S. Attorney

14

15                              **O R D E R**

16      The above schedule is adopted.

17      IT IS SO ORDERED.

18

19 Dated:  December 15, 2006

20

21                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
22                              UNITED STATES DISTRICT COURT

23

24

25

26

27

28

Stip. in U.S.A. v. Gasice                2