1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   GILBERT GASICE

7

8

9                IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. CR. S-05-551 LKK
                                     )
13              Plaintiff,           )  **STIPULATION AND ORDER CONTINUING**
                                     )  **JUDGMENT AND SENTENCING AND**
14       v.                          )  **SCHEDULING PRESENTENCE REPORT**
                                     )
15  GILBERT GASICE,                  )
                                     )  Date:  March 13, 2007
16              Defendant.           )  Time:  9:30 a.m.
    _____)  Judge: Hon. Lawrence K. Karlton
17

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20  of America, and defendant, Gilbert Gasice, that the hearing on judgment

21  and sentencing (now scheduled for March 13, 2007) may be continued to

22  April 24, 2007, at 9:30 a.m.  The parties further agree that the schedule

23  for preparation of the presentence report may be amended as follows:

24       (1) Draft report due              March 20, 2007

25       (2) Informal objections due        April 3, 2007

26       (3) Final report due              April 10, 2007

27       (4) Formal objections due         April 17, 2007

28       (5) Hearing on J & S              April 24, 2007

1    This stipulation is intended to afford the probation office

2  additional time to interview Mr. Gasice and to complete the draft

3  presentence report.

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:  February 21, 2007         /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for GILBERT GASICE
9

10                                   McGREGOR SCOTT
                                     United States Attorney
11

12 Dated:  February 21, 2007         /s/ T. Zindel for M. Segal
                                     MATTHEW SEGAL
13                                   Assistant U.S. Attorney

14

15                          **O R D E R**

16    The above schedule is adopted.

17    IT IS SO ORDERED.

18

19 Dated:  February 26, 2007

20

21

22

23                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
24                                   UNITED STATES DISTRICT COURT

25

26

27

28

Stip. in U.S.A. v. G. Gasice              2