DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GILBERT GASICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-05-551 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **JUDGMENT AND SENTENCING AND** |
| v. | ) **SCHEDULING PRESENTENCE REPORT** |
| GILBERT GASICE, | ) |
| | ) Date: April 24, 2007 |
| Defendant. | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Gilbert Gasice, that the hearing on judgment and sentencing (now scheduled for April 24, 2007) may be continued to May 8, 2007, at 9:30 a.m.  The parties further agree that the schedule for preparation of the presentence report may be amended as follows:

   (1) Final PSR due                        April 17, 2007
   (2) Formal objections due                April 24, 2007
   (3) Reply or non-opposition due          May 1, 2007
   (4) Hearing on J&S                       May 8, 2007

1    This stipulation is intended to afford the probation officer
2 additional time to revise the draft presentence report and for the
3 parties to prepare or respond to any remaining objections.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  April 3, 2007                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for GILBERT GASICE


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  April 3, 2007                   /s/ T. Zindel for M. Segal
                                        MATTHEW SEGAL
                                        Assistant U.S. Attorney


**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.


Dated:  April 5, 2007


                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT