UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. S-05-551 LKK |
| v. | ) | |
| | ) | |
| GILBERT GASICE | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                              ( ) Ad Testificandum

Name of Detainee:     GILBERT GASICE
Detained at (custodian): Sacramento County Jail, 651 I Street, Sacramento, CA 95814

Detainee is:
    a.)   (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
              charging detainee with: 18 U.S.C. § 1343 - Wire Fraud
or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.)   (X) return to the custody of detaining facility upon termination of proceedings
or   b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary <u>forthwith</u>, but no sooner than Wednesday, June 20, 2007 and no later than Friday, June 22, 2007 at 1:15 p.m., in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew D. Segal |
| Printed Name & Phone No: | Matthew D. Segal (916) 554-2708 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, but no sooner than Wednesday, June 20, 2007 and no later than Friday, June 22, 2007 at 1:15 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 18, 2007

*[signature]*
_____
United States District Judge

_____
Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Alonzo Gasice | Male |
| Booking or CDC #: | 593338 | DOB: XX-XX-1957 |
| Facility Address: | Sacramento County Jail | Race: Black |
| | 651 I Street, Sacramento, CA 95814 | FBI #: |
| Facility Phone: | (916) 874-6752 | |

Currently Incarcerated For:   Health & Safety Code 3550

_____

### RETURN OF SERVICE

Executed on _____ By: _____
                                                                                  (Signature)